IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ, | 1:08-cv-01353-OWW-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 5.) |
| PEOPLE OF THE STATE OF CALIFORNIA, | ORDER DISMISSING ACTION FOR FAILURE AND INABILITY TO STATE A CLAIM UNDER § 1983 |
| Defendant. | ORDER DIRECTING CLERK TO CLOSE CASE |
| | ORDER DIRECTING CLERK TO SEND PLAINTIFF A FORM §2254 PETITION FOR WRIT OF HABEAS CORPUS |

_____/

Rafael Lopez ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 17, 2008, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure and inability to state a claim under § 1983.  Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.   On October 6, 2008, plaintiff filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Under the facts of plaintiff's case, he is unable to state a claim under 42 U.S.C. § 1983.  However, Plaintiff may wish to file a new action under 28 U.S.C. § 2254.  A form petition for writ of habeas corpus is enclosed for this purpose.  **If plaintiff decides to file a petition for writ of habeas corpus, he should not write any case number on it.  The Clerk will assign a new number.**

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 17, 2008, are adopted in full;

2. This action is dismissed in its entirety, based on plaintiff's failure to state a claim under § 1983;

3. The Clerk of Court is directed to close this case; and

4. The Clerk of Court is directed to send plaintiff a form §2254 petition for writ of habeas corpus.

IT IS SO ORDERED.

**Dated:   November 9, 2008**                       /s/ Oliver W. Wanger
                                                                           UNITED STATES DISTRICT JUDGE

2